```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Gildardo Angel, et al.,                                           :
                                                                  :
                              Plaintiffs,                         :     19-cv-11347 (AJN)
                                                                  :
            -v-                                                   :     ORDER
                                                                  :
Afghan Kebab House Inc., *et al.*,                                :
                                                                  :
                              Defendants                          :
                                                                  :
------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      Pursuant the Court's December 20, 2019 Order, the parties were ordered "to confer with each other" and "jointly submit a letter" and proposed case management plan. Dkt. No. 6. The Court is in receipt of a letter and proposed case management plan, submitted only by Defendants. Dkt. Nos. 17, 18.

      The Initial Pretrial Conference in this matter is therefore ADJOURNED to May 15, 2020 at 3:45 P.M. Seven days prior, the parties shall submit their **joint** proposed case management plan and **joint** letter, as directed in the Court's Notice of Initial Pretrial Conference.

      Additionally, in light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: April 24, 2020
      New York, New York                      _____
                                                       ALISON J. NATHAN
                                                  United States District Judge