UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/21

Angel, *et al.*,

           Plaintiff,

–v–

Afghan Kebab House I, Inc., *et al.*,

           Defendants.

19-cv-11347 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Plaintiffs' letter regarding the Rule 68 Offer of Judgment and the parties' agreement to include an additional defendant. There is, however, no indication on the record that defense counsel represents the new defendant. Moreover, to add a new defendant, an amended complaint should be filed and served. Pursuant to Federal Rules of Civil Procedure 15(a), Plaintiff must seek leave to file an amended complaint at this time. By June 7, 2021, counsel are instructed to file a joint letter on the docket with the proposed amended complaint attached. In the letter, defense counsel shall indicate if all defendants consent to the amendment. Defense counsel shall also include in the letter a representation confirming that defense counsel represents the newly proposed defendant. If the Court allows the amended complaint, defense counsel shall file a notice of an appearance on behalf of the new defendant within one week of that order. The parties may then proceed with the Rule 68 Offer of Judgment.

    SO ORDERED.

Dated: June 3, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge