UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GILDARDO ANGEL and
DOMINGO TEOFILO,                                    Case No: 1:19-cv-11347-AJN

                           Plaintiffs,
             v.                                      **JUDGMENT**

AFGHAN KEBAB HOUSE I INC. and
MOHAMMAD K. ROUZYI, individually, and
MASBAUL TALUKDER, individually,

                           Defendants.
------------------------------------------------------------------X

         **WHEREAS**, Defendants Afghan Kebab House I Inc., Mohammad K. Rouzyi, and Masbaul Talukder (together as "Defendants"), offered Plaintiffs Gildardo Angel and Domingo Teofilo (collectively as "Plaintiffs"), to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Forty-Nine Thousand Dollars and Zero Cents ($49,000.00), inclusive of attorneys' fees and costs; and

         **WHEREAS**, Plaintiffs filed their Notice of Acceptance of this offer; it is

         **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants Afghan Kebab House I Inc., Mohammad K. Rouzyi, individually, and Masbaul Talukder, individually, jointly and severally, in the amount of Forty-Nine Thousand Dollars and Zero Cents ($49,000.00).

SO ORDERED, on the 21st day of June, 2021, New York, New York:

_____
The Honorable Alison J. Nathan, U.S.D.J.